1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorney for Defendant
   ANDREA SCHREINDL

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,       )  No. CR.S.09-0267-KJM
                                    )
13              Plaintiff,          )  STIPULATION AND ORDER TO CONTINUE
                                    )  TRIAL CONFIRMATION HEARING AND
14       v.                         )  JURY TRIAL
                                    )
15  Andrea Schreindl,               )  Date:  October 15, 2009
                                    )  Time:  10:00 a.m.
16              Defendant.          )  Judge: Kimberly J. Mueller
    _____    )

19       It is hereby stipulated between the parties, Matthew Stegman,
20  Assistant United States Attorney, attorney for plaintiff, and Lauren D.
21  Cusick, Assistant Federal Defender, attorney for defendant, ANDREA
22  SCHREINDL that the trial confirmation hearing set for September 3, 2009
23  and the jury trial set for September 15, 2009 be reset to a trial
24  confirmation hearing on October 15, 2009 at 10:00 a.m. and a jury trial
25  on November 9, 2009 at 10:00 a.m.
26       This continuance is requested as negotiations are continuing
27  between the parties and additional time is needed for defense
28  investigation.

1    It is further stipulated that the period from the date of this
2 stipulation through and including October 15, 2009 should be excluded
3 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4 based upon
4 continuity of counsel and defense preparation.

5 Dated:  September 2, 2009           Respectfully submitted,

6                                     DANIEL J. BRODERICK
                                      Federal Defender
7

8                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
9                                     Assistant Federal Defender
                                      Attorney for Defendant
10                                    ANDREA SCHREINDL

11
Dated:  September 2, 2009            LAWRENCE G. BROWN
12                                    United States Attorney

13
                                      /S/Matthew Stegman
14                                    MATTHEW STEGMAN
                                      Assistant U.S. Attorney
15

16
**O R D E R**
17

18
     IT IS SO ORDERED.
19

20
Dated:  September 2, 2009.
21

22

23                                    _____
                                      U.S. MAGISTRATE JUDGE
24

Stip and Order                         2