DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
JARED W. STEPHENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ANDREA SCHREINDL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | CR.S 09-267-KJM |
| Plaintiff, ) ) | **STIPULATION AND ORDER** |
| v. ) ) | DATE: October 15, 2009 |
| ANDREA SCHREINDL, ) ) | TIME: 10:00 a.m. |
| Defendant. ) ) _____ ) | JUDGE:Hon. Kimberly J. Mueller |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, ANDREA SCHREINDL, by and through her counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for October 15, 2009 at 10:00 a.m. and the jury trial set for November 9, 2009 at 10:00 a.m. be vacated and reset to a change of plea on October 15, 2009 at 2:00 p.m.

\\
\\
\\

DATED: October 6, 2009          Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Lauren Cusick
                                LAUREN D. CUSICK
                                Assistant Federal Defender
                                Attorney for Defendant
                                ANDREA SCHREINDL


DATED: October 6, 2009          LAWRENCE G. BROWN
                                United States Attorney

                                /s/ Matthew Stegman
                                MATTHEW STEGMAN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff



**O R D E R**

**IT IS SO ORDERED.**

DATED: October 6, 2009.

_____
U.S. MAGISTRATE JUDGE