DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDREA SCHREINDL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR.S.09-0267-KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) JUDGMENT AND SENTENCING |
| v. | ) |
| | ) Date: February 25, 2010 |
| Andrea Schreindl, | ) Time:  10:00 a.m. |
| | ) Judge: Kimberly J. Mueller |
| Defendant. | ) |

It is hereby stipulated between the parties, Matthew Stegman, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, ANDREA SCHREINDL that the judgment and sentencing currently set for February 25, 2010 be vacated and reset for March 11, 2010 at 10:00 a.m.

\\

\\

\\

\\

\\

1    This continuance is requested because of defendant and counsel
2 unavailability.

3 Dated: February 9, 2010           Respectfully submitted,

4                                   DANIEL J. BRODERICK
                                    Federal Defender
5

6                                   /s/ Lauren D. Cusick
                                    LAUREN D. CUSICK
7                                   Assistant Federal Defender
                                    Attorney for Defendant
8                                   ANDREA SCHREINDL

9
Dated: February 8, 2010            BENJAMIN WAGNER
10                                  United States Attorney

11
                                    /s/ Matthew Stegman
12                                  MATTHEW STEGMAN
                                    Assistant U.S. Attorney
13

14
                                **O R D E R**
15

16    IT IS SO ORDERED.

17

18 Dated: February 11, 2010.

19                                  _____
                                    U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

Stip and Order                         2